COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

PRESS ENERGY SERVICES, LLC AND §      No. 08-19-00179-CV
CHRISTOPHER JAMES NISSLEY,

§      Appeal from the

Appellants,

§      143rd District Court

v.

§      of El Paso County, Texas

JAVIER BUSTILLOS RUIZ,

§      (TC# 18-01-22264-CVR)

Appellee.

§

# **O R D E R**

The Court GRANTS the Appellants' Motion to Reinstate which this Court has construed as a Motion to Reestablish the Appellate Timetable.

Therefore, the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted and the Reporter's Record (6 volumes + 6 exhibit volumes) received on August 15, 2019 and August 19, 2019 have this day been filed. The Clerk's Record is due 30 days from the date of this order.

IT IS SO ORDERED this 11th day of September, 2019.

PER CURIAM